UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR IVAN SANCHEZ-GAYTAN, <br><br> Petitioner, <br><br> v. <br><br> J. DOERER, <br><br> Respondent. | Case No. 2:23-cv-07706-ODW (MAR) <br><br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED** with prejudice.

Dated: January 25, 2024

HONORABLE OTIS D. WRIGHT, II
United States District Judge